448 A.2d 645

Lauren-Beth, Inc., Appellant v. Morgan, Lewis & Bockius.
Reargument Denied Aug. 19, 1982.
Petition for Allowance of Appeal Denied Oct. 18, 1982.

Argued June 11, 1980. John G. McDougall, for appellant; Richard K. Masterson, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.